# CRIMINAL DOCKET — U.S. District Court

**NEW SENTENCING GUIDELINES**

| PO | 0975 | Assigned 1 7511 | | WRIT | VS. | LATTA, ELWOOD R. | Case Filed Mo 11 | Day 23 | Yr 88 | Docket No. 88 01650 | Def. DAE 01 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Misd. | | Disc/Sentence 7511 | | JUVENILE | | | | | | | |
| Felony [X] | District | Off | Judge/Magistr. | ALIAS / OFFENSE ON INDEX CARD | | | No. of Def's 1 | U.S. MAG CASE NO | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | DISM. | GUILTY/NOLO |
|---|---|---|---|---|---|
| 18:494 ; 18:2 | Falsely alter writing (1988) | CT 1,2 | 2 | 2 | X |
| 18:494 | Utter/Publish an altered writing (1988) | CT 3,4 | 2 | 2 | X |
| 18:1001 | False Statement (1988) | CT 5,6 | 2 | 2 | X |

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE** — KEY DATE / EARLIEST OF: arrest, sum'ns, custody, appears on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE: 11-28-88 APPLICABLE
- [X] Indictment/unsealed
- consent to Magr. trial on complaint
- Information
- Felony-W/waiver

KEY DATE: 12-16-88 / 02-16-89
- a) [X] 1st appears on pending charge /R40
- b) Receive file R20/21
- c) [X] Supsdg Ind Inf
- d) Order New trial
- e) Remand  f) G/P Withdrawn

**END INTERVAL TWO** — KEY DATE: 05-22-89 APPLICABLE
- Dismissal
- Pled guilty / After N.G.
- Nolo / After nolo
- [X] Trial (voir dire) began
- [X] Jury  N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds W.P. WOP | on def motion / on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| 12-16-88 | 12-16-88 | | | | 05-30-89 | 08-21-89 | | | |

## III. MAGISTRATE

Search Warrant — Issued / Return
Summons — Issued / Served
Arrest Warrant Issued
COMPLAINT
Date of Arrest
OFFENSE (In Complaint)

INITIAL APPEARANCE DATE
PRELIMINARY EXAMINATION / Date Scheduled / OR / REMOVAL HEARING / Date Held
WAIVED / NOT WAIVED / Tape Number
INTERVENING INDICTMENT

OUTCOME:
- DISMISSED
- HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
- HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

RULE 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.
DANIEL A. BENT    Dean Paik
by Mark J. Bennett, Asst. U.S. Atty.

Defense: 1 ☐ CJA   2 [X] Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non/Other.   6 [X] PD.   7 ☐ CD

LANI RAE SUISO GARCIA, AFPD

JONATHAN JAMES EZER
801 Alakea St. #209
Honolulu, Hawaii  96813
PH: 526-9884

JOHN ASHFORD THOMPSON
810 Richards St. #900
Honolulu, Hawaii 96813
ph: 524-6100

COLLIN K.C. LAU
220 S. King St. #888
Honolulu, Hawaii 96813
ph: 533-8896

SEP 5 1989

### BAIL • RELEASE

**PRE-INDICTMENT**
Release Date
Bail Denied / Fugitive / Pers. Rec. / PSA
AMOUNT SET $
Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other
Date Set
Bail Not Made
Date Bond Made

**POST-INDICTMENT**
Release Date
Bail Denied / Fugitive / Pers. Rec. / PSA
AMOUNT SET $
Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other
Date Set
Bail Not Made
Date Bond Made

APPEALS FEE PAYMENTS

### FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| 8-30-89 | 113375 | NA: $5.00; DF: $100.00 | | | |

| | | | |
|---|---|---|---|
| DATE DOCUMENT NO. | Yr 88 | Docket No. 88 01650 | Dft 01 |

MASTER DOCKET - MULTIPLE DEFENDANT CASE   PAGE 1 OF
PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

VI. EXCLUDABLE DELAY

V. PROCEEDINGS

**1988**

**Nov 23**  1  EP: **SECRET INDICTMENT** - BW ordered & issued; Bail set at
             **NO BAIL** -- Transcript ordered SEALED (Judith Powers) TOKAIRIN

**28**     EO: Informed by Mark Bennett that deft has been arrested and
             Indictment is unsealed

**30**     EO: Per Clerk's Office in Seattle, WA, deft to be released on
             bond, and will report to Dist of HI on 12-16-88 at 9:30 (T).
             Notified: M. Bennett

**Dec 8**  2  EO: Receipt of Rule 40 documents from Seattle, Washington:
             (1) Certified copy of Docket Sheet
             (2)    "      "    "  Waiver of Rule 40 Hearing
             (3) Copy of Appearance Bond - $40,000, unsecured, co-signed
                 by wife, Rita E. Latta - travel restricted to continental
                 U.S. & Hawaii - deft's address: 5659 42nd Ave. W.,
                 Seattle, WA 98199 - Phone: (206) 284-7285
             (4) Copy of Agreement of Surety on Appearance Bond (net worth
                 exceeds $40,000)
             (5) Copy of minutes of 11-30-88
             (6) Copy of Financial Affidavit
             (7) Copy of Initial Proceedings (11-28-88)
             (8) Copy of Motion for Detention Hearing
             cc: M. Bennett, USPO

**12**     3  Return on BW - exec by Secret Service on 11-28-88 in Western
             Dist of Washington at Seattle

**16**       EP: A&P - Deft present with counsel. Defendant waives reading
             of Indictment and Plea of NOT GUILTY entered. Trial dates
             given as follows:
             Final Pretrial - 01-31-89 at 9:30 am (T)
             Jury Selection - 02-13-89 at 9:30 am (T)
             Jury Trial - 02-14-89 at 9:00 (Fong)
             Deft's Motions due - 01-06-89
             Government's response due - 01-20-89
             BAIL: Bail to continue: with special condition that deft
             is allowed to travel between State of Hawaii, Western
             District of Washington, Alaska, and California.
                                          (TC)   TOKAIRIN

           4  ORDER Setting Conditions of Release          TOKAIRIN
             $40,000.00 Signature  to be co-signed by wife Rita E. Latta
             usual conds and spec cond 1) travel restricted to Hawaii, W.
             D. of Washington, Alaska and California
           5  Appearance Bond                              TOKAIRIN
             5659 42nd Ave. W. Seattle, Wa 98199
             ph: 206  284-7285

**29**     6  Appearance Bond                              TOKAIRIN
             $40,000.00 Signature co-signed by wife Rita E. Latta in Seattle,
             Wa by Deputy Clerk Peter Voelker on 12-29-88

**1989**

**Jan 5**  7  ORDER Of Recusal                             FONG
             Judge Fong recused -- counsel cc'd.
             EO: Case re-assigned to Judge Ezra

SEE PAGE 2                                      CONTINUED TO PAGE 2

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   LATTA, ELWOOD R.

AO 256A

CR 88-01650 DAE 01   page 2
Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| 1989 Jan 31 | | EP: Final PT Conf - Because of continuity of counsel, Oral Motion to Continue Trial - GRANTED. Period from 02-13-89 to 04-11-89 to be excluded. Final PT: 03-28-89 at 10:00 (T) JS: 04-10-89 at 9:30 (T) JT: 04-11-89 at 9:00 (Ezra) Mr. Bennett to prepare order excluding time & granting motion to continue. (ESR) TOKAIRIN | |
| Feb 16 | 8 | EP: SUPERSEDING INDICTMENT - PS ordered & issued; retn 02-23-89 @ 2:00 p.m. (T)  (Judy Powers) TOKAIRIN | |
| 23 | | EP: A&P - Deft not present. Deft to be arrned on the JS date. A&P - 04-10-89 ( T ) @ 9:00 a.m. PT: 03-28-89 @ 10:00 a.m. (T) JS: 04-10-89 @ 9:30 a.m. (T) JT: 04-11-89 @ 9:00 a.m. (Ezra) Defts ms due 03-16-89. Govt resp due 03-30-89 Bail - contd.    TOKAIRIN | |
| Mar 16 | 8a | Return on PS - exec by USM 02-17-89 via certified mail - RRR - rec'd by deft 02-23-89 | |
| 17 | 9 | Ex Parte Application to Shorten Time to Hear Motion to Dismiss Superseding Indictment Because of Prosecutorial Vindictiveness; Memorandum; Declaration; Proposed Order; Certificate of Service | |
| 21 | 10 | ORDER Shortening Time to Hear Motion to Dismiss Superseding Indictment Because of Prosecutorial Vindictiveness EZRA [set for 03-27-89 at 1:30 p.m.] | |
| | 11 | Notice of Motion [03-27-89 at 1:30 (Ezra)]; Motion to Dismiss Superseding Indictment Because of Prosecutorial Vindictiveness; Memorandum; Declaration; Certificate of Service | |
| 22 | | EO: Hrng on Motion to Dismiss Superseding Indictment is contd from 03-27-89 to 03-31-89 at 9:00 a.m. cc: Mark Bennett, Lani Garcia   EZRA | |
| 28 | | EP: Final PT Conf - PT form used pursuant to Local Rule 325. Length of trial: 2 days. Mr. Bennett to prepare Final PT order.  (YI) TOKAIRIN | |
| | 12 | Memorandum in Opposition to Motion to Dismiss | |
| 29 | 13 | Ex Parte Motion to Shorten Time; Declaration of Mark J. Bennett; ORDER  EZRA  [M/Cont. Trial set for 03-31-89] | |
| | 14 | Notice of Motion [03-31-89 at 9:00 (E)]; Motion to Continue Trial; Declaration of Mark J. Bennett | |
| 31 | | EP: M/Dismiss Superseding Indictment; M/Continue Trial - deft's presence waived. M/Dismiss Superseding Indictment - DENIED. Court to prepare order. Motion to Continue Trial - GRANTED. Trial dates contd to: JS: 04-17-89 at 9:30 (C) JT: 04-18-89 at 9:00 (Ezra) Mr. Bennett to prepare order excluding time. (ESR) EZRA | |
| | 15 | Proposed Jury Instructions; Exhibit A; Certificate of Service (by govt) | |
| | 16 | Trial Brief; Exhibits A-F; Certificate of Service (by govt) | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET       LATTA, ELWOOD R.   CR 88-01650 DAE 01   page 3
AO 256A

| DATE | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 1989 | | | | | | |
| Mar 31 | 17 | ORDER Denying Motion to Dismiss Superceding Indictment   EZRA<br>    cc: Bennett, L. Garcia | | | | |
| Apr 10 | 18 | Defendant's Memorandum Re: Voir Dire and Proposed Questions;<br>    Certificate of Service | | | | |
| | 19 | Objection to Magistrate Conducting Voir Dire; Certificate of Service | | | | |
| 11 | 20 | Government's Proposed Voir Dire Questions | | | | |
| 13 | 21 | Ex Parte Application to Shorten Time to Hear Motion to Withdraw<br>    as Counsel; Declaration; Certificate of Service | | | | |
| 14 | 22 | ORDER Shortening Time to Hear Motion to Withdraw as Counsel<br>    (Hrng set for 04-14-89 at 2:00 pm)         EZRA | | | | |
| | 23 | Notice of Motion (hrng set for 04-14-89 at 2:00 pm [E]); Motion<br>    to Withdraw as Counsel; Declaration of Counsel; Certificate<br>    of Service | | | | |
| | 24 | Memorandum in Opposition to Motion to Withdraw; Declaration<br>    of Mark J. Bennett | | | | |
| | 25 | Defendant's Proposed Jury Instructions<br>EP: Motion to Withdraw as Counsel -deft present with Lani<br>    Garcia and Jonathan Ezer. M/Withdraw - GRANTED.<br>    M/Substitution - GRANTED. Mr. Ezer substituted for Ms.<br>    L. Garcia. M/Continue Trial Date - GRANTED.<br>    JS: 05-15-89 at 9:30 a.m. (C)<br>    JT: 05-16-89 at 9:00 a.m. (Ezra)<br>    Arrned. NOT GUILTY pleas entered to Cts 1 thru 6.<br>    Court will prepare the order.   (YI)   EZRA | | 02-13-89<br>04-13-89 | T | 60 |
| 17 | 25a | ORDER - TOKAIRIN  [re hrng of 01-31-89 - JT contd from 02-14-89 to 04-11-89; | period from 02-13-89 to 04-11 excluded] | | | |
| 18 | 26 | ORDER Granting Defendant's Motion to Withdraw, Motion to Sub-<br>    stitute Counsel, and Motion to Continue Trial    EZRA<br>    [Lani Garcia and Public Defender's Office relieved as<br>    counsel; Jonathan J. Ezer enters as retained counsel;<br>    JT contd to 05-16-89]<br>    cc: Bennett, L. Garcia, Ezer, USPO | | | | |
| | 27 | ORDER to Show Cause    EZRA<br>    [OSC set for 04-28-89 at 10:00 (Ezra) re reimbursement of<br>    cost of Latt's defense incurred by FPD; memoranda or<br>    affidavits in response to OSC to be filed no later than<br>    04-26-89 at noon]<br>    cc: Bennett, L. Garcia, Ezer, USPO | | | | |
| 25 | 28 | Ex Parte Motion to Shorten Time; Declaration of Jonathan J.<br>    Ezer; ORDER; Certificate of Service [Re M/Continue<br>    Hrng on OSC]  EZRA    [04-26-89 at 4:30 (Ezra)] | | | | |
| | 29 | Notice of Motion [04-26-89 at 4:30 (Ezra)]; Motion to Continue<br>    Hearing Date for the Order to Show Cause Why Elwood R.<br>    Latta Should Not Reimburse the Federal Public Defender<br>    for Litigation Expenses; Declaration of Jonathan J. Ezer | | | | |
| | | SEE PAGE 4 | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs   LATTA, ELWOOD R.    CR 88-01650 DAE 0    page 4

AO 256A

| DATE | | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| 1989 Apr 26 | | EP: Deft's Motion to Continue Hearing on the Order to Show Cause - deft not present. Presence waived by counsel. M/Continue Hrng on the OSC - GRANTED. Motion continued until moved on. ORDERED that the deft file & serve this Court and the U.S. Atty a sworn financial statement within one week.       (TC)   EZRA | |
| 28 | 30 | Notice of Intent to Introduce Expert Testimony of Defendant's Mental Condition; Certificate of Service | |
| | 31 | Ex parte Motion to Shorten Time; Declaration of Mark J. Bennett; ORDER    EZRA   (re M/Strike - 05-01-89 at 3:00 (Ezra)] | |
| | 32 | Notice of Motion 05-01-89 at 3:00  Ezra)]; Motion to Strike or in the Alternative for a Mental Examination (by USA) | |
| May 1 | | EP: M/Strike Or In The Alternative For Mental Examination - Deft not present. Presence waived. Govt's M/Strike Designation : DENIED. Court will allow deft to introduce expert testimony of deft's mental condition. Govt's M/Mental Exam: GRANTED. ORDERED that the deft be present for the mental exam by Dr. Kappenberg on 05-05-89 @ 8:30 a.m.                  (ESR)   EZRA | |
| 2 | 33 | Proposed Order    - by government, re mental exam | |
| 3 | 34 | ORDER DENYING Motion To Strike          EZRA re: Mental Exam - Purs to Rule 12.2(c), 18:4242, Court orders deft to present himself at the Offices of Dr. Richard Kappenberg, 1188 Bishop St., Suite 2005 on 05-05-89 @ 8:30 a.m. Deft ordered to make himself available the entire day Purs 18:4247(c) Kappenburg to address 1) deft's history & present symptons; 2)descrip of psychiatric, psycholog &/or med tests employed & their result; 3)Kappenberg's findings; 4) Kappenberg's opinions as to diagnosis, prognosis cc: Benneet, Ezer, USM, USPO | |
| 5 | 35 | Financial Affidavit - Filed by deft - reviewed by Judge Ezra, cc: USPO | |
| | 36 | ORDER    EZRA [RE hrng of 04-26-89; OSC re reimbursal of atty's fees to be heard at time of trial; deft to submit financial statement (sworn to under oath & notarized by notary public in state of Washington and served upon Mark Bennett] cc: Bennett, Ezer, USPO | |
| 10 | 37 | Government's Response to Defendant's Proposed Jury Instructions; Exhibit A | |
| 11 | | EO: JS & JT are contd as indicated below: JT: 05-23-89 at 9:00 a.m. JS: 05-22-89 at 9:30 (T) Notified the following by telephone: Mr. Bennett thru Pat; Mr. Ezer.     EZRA | |
| 17 | 38 | Defendant's Proposed Supplemental Jury Instructions; Certificate of Service | |

See page 5

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    LATTA, ELWOOD R.   CR 88-01650 DAE 01  page 5
AO 256A

| DATE | | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 1989 May 18 | 39 | Psychological Evaluation **SEALED** [cc'd by govt to Judge Ezra and Jonathan Ezer] | | | | |
| 19 | 40 | ORDER  EZRA [re hrng of 04-14-89 - Lani Garcia withdrew as counsel - new counsel, Jonathan Ezer, not available for trial until 05-16-89 - time from 04-13-89 to 05-16-89 is excluded pursuant to 18:3161(h)(8)] | | 04-13-89 05-14-89 | T | 32 |
| | 41 | Supplemental Trial Memorandum (by govt) | | | | |
| | 42 | Response to Defendant's Proposed Supplemental Jury Instructions | | | | |
| 22 | 43 | Motion in Limine (by govt) | | | | |
| 23 | | EP:  JURY TRIAL - 1st Day - [Bennett present for govt; Ezer present for deft] M/LImine rendered moot. Jury sworn & preliminarily instructed. Govt's opening statement. Deft's opening statement. Warren Nakamura, CST. Harold M. Fong, Chief Judge, CST. James Applebaum, CST. Chester Dods, CSt. Martin Wolff, CST. Ira Dennis Hawver, CST. Judge Harold M. Fong recalled. James Propotnick, CST. Exhibits admitted: P-1, P-3, P-4, P-5, P-6, P-7a thru P-7e, P-8, P-11 & P-12. Govt rested. NO motion made by the defense.  (ESR)  EZRA | | | | |
| | 44 | Court's Preliminary Jury Instructions | | | | |
| | 45 | ORDER  EZRA [Clerk's Office shall permit parties to offer into evidence original documents from Civil 87-0932 HMF; certified copies shall be substituted into original court file temporarily during trial. At conclusion of trial, original documents shall be replaced in court file and certified copies shall be substituted as exhibits] | | | | |
| 24 | 46 | ORDER - EZRA [CT 2 of the Superseding Indictment amended so that word "efrauding" in last line of CT 2 is changed to the word "defrauding" [clerical error]] EP:  JURY TRIAL - 2nd Day - [Bennett & Ezer present] Linda Lehmann, CST. William E. Bowers, CST. Dr. Philip G. Linsay, CST. Further trial contd to 05-25-89 at 9:00 a.m. for settling of instructions & 1:15 p.m. for further evidence.  (ESR)  EZRA | | | | |
| | 47 | Second Response to Defendant's Proposed Supplemental Jury Instructions | | | | |
| 25 | | EP:  JURY TRIAL - 3rd Day - [Bennett & Ezer present] Court and attys met in camera to settle instructions. Hrng held without the jury with regards to Pamela Miura-Kane, Juror #5. Juror #5 discharged by stipulation and substituted by Alternate Juror #1, Elmer Hirano. Frank David Price, Jr., CST. Elwood Latta, CST. Defense rested. Further trial contd to 05-26-89 at 9:15 a.m. (ESR) EZRA | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs  LATTA, ELWOOD R.

CR 88-01650 DAE 01
page 6

AO 256A

Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- | --- |
| | | (Document No.) | (a) \| (b) \| (c) \| (d) |

1989
May 26    EP:  JURY TRIAL - 4th Day -
               [Bennett & Ezer present].
               Further settling of instructions. Dr. Richard Kappenberg,
               CST. David A. Dieter, CST. Govt rested. Exhibits admitted:
               P-19. Govt's opening argument. Deft's closing argument.
               Govt's rebuttal. Jury instructed. Alternate Juror # 2,
               Helene Kaniaupio, discharged. Bailiff sworn. Jury retired
               to deliberate (3:55 p.m. - 4:35 p.m.). Further deliberation
               contd to 05-30-89 at 9:00 a.m.    (ESR)  EZRA

       48  Note from the Jury

30        EP:  JURY TRIAL - Further Jury Deliberation -
               [Bennett & Ezer present].
               Conference held in camera. Court advised the attys & Mr.
               Latta that Juror Gilbert Kuroda is ill with strep throat
               and was advised by his physician to remain at home until
               06-01-89. After hearing arguments in favor or discharging
               the juror by the govt, and continuing the trial by the
               defense, Court discharged the juror and ordered the
               remaining 11 jurors to resume deliberation.
               Jury returned with verdict. Verdict read and filed.
               Deft found GUILTY as charged in the Indictment to
               Counts 1 thru 6. Jury polled. Verdict unanimous. Motion
               to Revoke Bail - GRANTED. Deft remanded to the custody
               of the U.S. Marshal, and ordered that mental health treatment
               be provided  for him. Referred for presntence investigation
               and report, and SENTENCING set for 08-21-89 at 1:30 p.m.
                                 (YI)  EZRA

       49  Note to the Jury  EZRA  [Court excuses Juror Kuroda]

       50  VERDICT - As to Counts 1, 2, 3 - GUILTY

       51  VERDICT - As to Counts 4, 5, 6 - GUILTY

       52  Court's Jury Instructions

Jun 2  53  Medical Certificate from Straub Clinic & Hospital, Inc.,
               Regarding Juror Gilbert K. Kuroda

28     54  Motion to Vacate Conviction, Memorandum, Declaration, Exhibit "A";
               Notice of Motion (no date); Certificate of Service -
               Taken under advisement - referred to Judge Ezra    [CIV89-00538 DAE]

       55  Letter from deft requesting new counsel - Taken under advisement -
               referred to Judge Ezra
               cc: bennett, Ezer, Latta, USPO

29     56  Memorandum in Opposition to Motion Filed Pursuant to 28 U.S.C.
               § 2255

30     57  ORDER Denying Motion to Vacate Conviction   EZRA
               [Because deft did not object to magistrate selecting
               jury prior to empaneling jury, deft waived any alleged
               defect  in that procedure]   cc: Civil
               cc: Bennett, Ezer, USM, USPO,    gistrates Tokairin,
               Conklin

Interval
(per Section II)

Start Date  | Ltr. | Total
End Date    | Code | Days

| | | | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET<br>AO 256A | | U.S.A. v. Elwood Latta | | | Cr. 88-01650DAE<br>Pg. 7 | |
| DATE | | PROCEEDINGS (continued)<br>(Document No.) | (a) | (b) | (c) | (d) |
| 1989<br>Aug 1 | 58 | Government's Sentencing Statement | | | | |
| | 59 | Sentencing Statement - By Deft | | | | |
| 21 | | EP: SENTENCING - Dr. Philip Lindsay's report received under seal as defendants exhibit 1. Governments Exhibit 1 received and admitted - Affidavit of Elwood Latta.<br>CST: Elwood Latta. Social Security Number: 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 Legal Address: 5659 42nd Avenue West, Seattle, Washington 98199. 4 years imprisonment; supervised release 3 years as to each counts. Sentences to run concurrently with the following conditions:<br>1) Defendant abide by the standard conditions of supervised release<br>2) Defendant not commit any law violations<br>3) Defendant undergo psychological or psychiatric treatment until clinically discharged and as directed by the U.S. Probation Officer.<br>$300.00 special monetary assessment imposed. Execution suspended per Ninth Circuit. Advised of right to appeal. Ordered that the Presentence Report be filed under seal, however, counsel, upon application, will have access to the report for purposes of appeal. Further ordered that the Probation Officer's recommendation be filed under separate cover. Defendants oral motion for bond pending appeal - DENIED. Court found that the defendant does not have the ability to pay a fine or the cost of imprisonment and/or supervision. (Dianna Orndoff)<br>EZRA | | | | |
| | 60 | Judgment Including Sentence Under the Sentencing Reform Act<br>EZRA | | | | |
| 23 | | Transcript of Proceedings 08-21-89 - Orig - pp 58 - (Dianna Orndoff)   -   cc: USPO | | | | |
| | 61 | Presentence Investigation & Report<br>filed & retnd to USPO | | | | |
| | 62 | SENTENCING Recommendation<br>filed & retnd to USPO | | | | |
| 30 | 63 | **NOTICE OF APPEAL (By Defendant) and Certificate of Service** | | | | |
| | 64 | Notice of Non-Representation on Appeal - cc: 9th CCA | | | | |
| 31 | 65 | ORDER for Time Schedule - RT to be ordered by 9/20/89, RT to be filed by 10/20/89; Aplt's opening brief to be filed by 11/29/89; Aple's brief to be filed by 12/29/89; Reply brief (if any) to be filed by 1/12/90 - cc: Clerk, 9th CCA, Bennett, Ezer, Bartels Ichikawa, Chun & Orndoff | | | | |
| Sept 7 | 66 | Application To Proceed In Forma Pauperis, Supporting Documentation & Order (Proposed) | | | | |
| | | EO: Counsel also submitted a Financial Affidavit - sent to USM to have deft sworn. IFP Application not necessary per AJR | | | | |
| 11 | 67 | Financial Affidavit   - **GRANTED** by EZRA<br>cc: 9CCA/AJR | | | | |
| 13 | 68 | Notice of Motion - n/a, DENIED - Motion For Bail Pending Appeal; Declaration of Counsel; Certificate of Service<br>**DENIED**, "The testimony at trial & the information contained in the pre-sentence report convinces this court that the defendant poses a serious flight risk. The unsupportive | | | | |

Case 1:88-cr-01650-DAE   Document 1   Filed 11/23/88   Page 9 of 13   PageID #: 9

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   LATTA, ELWOOD R.

Page 8
88 01650 DAE 01

AO 256A

| Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 1989 Sept 13 | | **Cont of DENIED m/Bail Pending Appeal:** declaration of counsel to the effect that defendant is not a flight risk is contradicted by the substantial weight of the evidence        EZRA cc: Ezer, Bennett | | | | |
| 18 | 69 | Notice; Motion to Set Aside Order Denying Motion to Vacate Conviction, for Summary Reversal of Conviction and for Setting of Bail; Declaration of Counsel; Exhibit "A"; Certificate of Service   Taken Under Advisement - referred to EZRA | | | | |
| 20 | 70 | Transcript Designation and Ordering Form - 03-31-89 (ESR); 05-01-89 (ESR); 05-23-89 (ESR); 05-24-89 (ESR); 05-25-89 (ESR); 05-26-89 (ESR); 05-30-89 (ESR); 08-21-89 (DO) | | | | |
| 23 | 71 | ORDER DEFERRING Consideration Of Defendant's Motion To Set Aside Order Denying Defendant's Motion To Vacate Conviction EZRA -- this court finds that it lacks jurisdiction to hear deft's motion at this time, case is before 9CCA -- this court will defer consideration of deft's motion until disposition of that appeal   cc: Bennett, Ezer, USPO | | | | |
| Dec 12 | 72 | APPOINTMENT - V#158150 - John Thompson - **(9CCA APPT)** | | | | |
| 1990 Jan 16 | 73 | Transcript Designation and Ordering Form - 5-23 to 26-89 (ESR); 5-30-89 (YI); 3-31-89 (ESR); 8-21-89 (DO) by John Thompson | | | | |
| 19 | | Transcript of Proceedings - 5-30-89 - (YI) - Orig. - 11 pgs | | | | |
| | | Transcript of Proceedings - 5-30-89 - (YI) - Orig. - 19 pgs | | | | |
| Feb 9 | 74 | Authorization and Voucher for Payment of Transcript - 2-13-90 - $56.00 - (YI) - V# 2200500712 - Ck# 53125   EZRA | | | | |
| | 75 | Authorization and Voucher for Payment of Transcript - 2-13-90 - $9.44 - Professional Image Inc. - V# 2200500713 - Ck. # 53126   EZRA | | | | |
| 22 | | Transcript of Proceedings - 3-31-89 - (V/ARS) - Orig. - 13 pgs | | | | |
| | | Transcript of Proceedings - 5-23-89 - (V/ARS) - Orig. - Vol I 233 pgs | | | | |
| | | TRanscript of Proceedings - 5-24-89 - (V/ARS) - Orig. - Vol II 180 pgs | | | | |
| | | Transcript of Proceedings - 5-25-89 - (V/ARS) - Orig. - Vol. III 147 pgs | | | | |
| | | Transcript of Proceedings - 5-26-89 - (V/ARS) - Orig. - Vol. IV 168 pgs | | | | |
| Mar 8 | 76 | Authorization & Voucher For Payment Of Transcript - [hrngs 03-31-89, 05-23 - 26-89, 05-25 -26-89] - V/ARS - $1,482.00 - **EZRA** | | | | |
| May 9 | | Certificate of Record mailed to Clerk, 9th CCA - cc: all counsel CA 89-10440 | | | | |
| May 21 | 77 | ORDER - 9CCA - Appellant's M/Summary Reversal GRANTED. District Court Judgment of Conviction - Reversed. Issuance of mandate  stayed until final dispo of US v. France   cc: Enoki, Paik, J. Thompson, Judge Ezra | | | | |
| Jun 18 | 78 | JUDGMENT - 9CCA - Judgment of the District Court is REVERSED Filed & entered 9CCA 05-17-90     cc: Enoki, Paik, Thompson, Ezra | | | | |

| UNITED STATES DISTRICT COURT | | | | | | |
|---|---|---|---|---|---|---|
| CRIMINAL DOCKET | | LATTA, ELWOOD R. | CR88-01650 DAE 01 | | page 9 | |
| AO 256A | | | | | | |
| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1990 Jul 3 | 79 | ORDER - 9CCA - Mandate issued on 06-15-90 is RECALLED<br>    cc: Paik, Thompson, Judge Ezra | | | | |
| 27 | 80 | ORDER - 9CCA - M/Bail Pending Appeal GRANTED.  (by FAX)<br>    District Court's Detention ORder is REVERSED. Case remanded<br>    to District COurt for limited purpose of determining appropriate<br>    release conds    cc: Judge Ezra, J. Thompson & Paik | | | | |
| Aug 9 | 81 | Notice in a Criminal Case;[08-21-90 @ 8:30 am. (E)]<br>    Bail Remand; cc. Gasner, Thompson | | | | |
| 21 | 82 | EP:  Hrng To Set Bail - Thompson & Burke/Paik present<br>Bail set at $50,000.00 personal signature & the following<br>conds 1) Deft to surrender his passport if he has one;2)<br>Deft is not to travel outside the W.D. Of WA without the<br>express permission from the USPO of the W.D. WA; 3) Deft<br>is permitted upon the application to the USPO of the W.D.<br>WA and with good purpose shown, travel to New Hampshire to<br>visit his daughter at reasonable intervals. It must be<br>shown to the satisfaction of the USPO of the W.D. WA that<br>he in fact is doing that. In addition he will have to<br>check in w/ that prob office at a minimum of two times<br>a week, or more often, if deemed appropriate;5) Deft<br>remain on whatever controlling medication has been prescribed<br>for him;6) Deft undergo random drug testing at a minimum<br>of three times a month;7) That the deft not take any illegal<br>subsances & not consume alcohol    (SP) **EZRA** | | | | |
| 29 | | EO:  Deft to surrender any passport to Clerk, USDC, W.D.<br>Washington within 48 hours of release, per Kim, Lawclerk<br>to Judge Ezra.<br>ORDER Setting Conditions Of Release and Appearance Bond<br>sent via Express Mail to Clerk, USDC, District of Oregon<br>cc: Thompson | | | | |
| Sept6 | 83 | ORDER Directing Transportation And Processing Of Defendant's<br>    Immediate Release    **EZRA**<br>    purs to hrng of 08-21-90 and USM shall immediately<br>    transport deft from Sheridan, Oregon FCI to USDC<br>    Portland, Oregon. Deft shall immed by processed for<br>    release    cc: by FAX to Portland, Oregon and cc: USM, USPO | | | | |
| 7 | 84 | ORDER Setting Conditions Of Release    WILLIAM M. DALE, U.S. Magistrate<br>(District of Oregon, Portland) for **EZRA**<br>$50,000.00 Signature, Spec Cond 1) Deft shall not travel<br>outside the W.D. WA without express permission from USPO<br>of the W.D. WA;2) PTS as directed by prob;3) Surrender<br>any passport to Clerk, U.S.D.C., W.D. WA within 48 hours<br>of release;5) Obtain no Passport;6) Deft remain on whatever<br>controlling medication has been prescribed for him;7) Deft<br>undergo random drug testing at a minimum of three times a month;<br>8) Deft is permitted upon application of the USPO of the W.D.<br>WA, & with good purpose shown, travel to New Hampshire to visit<br>his daughter at reasonable intervals. It must be shown to<br>the satisfaction of the USPO of the W.D. WA that he in fact | | | | |

*See Next Page*

Case 1:88-cr-01650-DAE   Document 1   Filed 11/23/88   Page 11 of 13   PageID #: 11

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   LATTA, ELWOOD R.

Page 10
88 01650 DAE 01

AO 256A

Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1990 Sept 7 | | **Cont of ORDER Setting Conditions Of Release:** is doing that. In addition he will have to check in with that pretrial office at a minimum of two times a week or mor often if deemed appropriate | | | | |
| | 85 | Appearance Bond    WILLIAM M. DALE, U.S. Magistrate District of Oregon, Portland) for **EZRA** 11501 Stone Ave. North, Apt C-124, Seattle, WA 98133 ph: 206-361-9018 | | | | |
| Oct 3 | 86 | APPOINTMENT - V0158850 - J. THOMPSON - nunc pro tunc 06-21-90 - $566.82 - (06-24-91) - **EZRA** | | | | |
| 1991 Mar 22 | 87 | JUDGMENT - 9CCA - Judgment of the District Court is REVERSED (US v. France) Filed & entered 05-17-90. Attest Date 03-20-91 cc: J. Thompson, Enoki, Paik, DAE, BST, courtroom deputies to DAE & BST, USPO, USM | | | | |
| 27 | 88 | NOTICE - Resetting Conference from 9CCA Remand set for 04-03-91 at 10:00 a.m. (T) cc: Paik & Thompson | | | | |
| | 89 | ORDER DENYING Motion To Set Aside ORDER DENYING Motion To Vacate As Moot            **EZRA** deft's motion filed 09-18-89 - DENIED as Moot cc: Paik, Latta, USPO, USM | | | | |
| Apr 3 | 90 | EP: Resetting Conf. (9th CCA)- Deft. not present. Counsel for deft. Thompson - Special Appointment. A Panel Atty. will be appointed for the deft. Larry Tong, AUSA present. Pretrial Conference on 05-10-91 @ 10:30 a.m. before Magistrate Tokairin. Jury Selection of 05-21-91 @ 9:30 a.m. before Judge Ezra. Jury Trial to follow JS. Defendant's Motions due - 04-18-91. Government's Responses due - 05-02-91. Bail - to continue as previously set. (ESR) TOKAIRIN | | | | |
| 5 | 91 | APPOINTMENT - Supplemental V#0158850 J. Thompson - NPT - 03-22-91 - $84.00 - 09-17-91 - **EZRA** | | | | |
| | 92 | APPOINTMENT - V#0371544 - Collin K.C. Lau, Esq. Nunc Pro Tunc: 04-03-91 - $4,676.00 - 01-28-92 - **EZRA** | - | BROWNING | | |
| May 7 | 93 | NOTICE - FPT contd to 05-14-91 @ 10:30 a.m. (T) cc: Paik, Thompson, Lau | | | | |
| 14 | 94 | EP: Final Pretrial Conference: The Court was informed by the parties that the deft. is considering changing his plea. Final Pretrial continued to May 17, 1991 at 9:00 a.m.          (YI) TOKAIRIN | | | | |
| | 95 | EP: Final Pretrial Conference: The Court was informed by the parties that the deft. is considering changing his plea. Final Pretrial contd. to May 17, 1991 at 9:00 a.m.          (YI) TOKAIRIN | | | | |

- see next page -

| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET<br>AO 256A | LATTA, ELWOOD R. | page 11<br>CR 88-01650 DAE 01 |
|---|---|---|

| DATE | | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | | (a) \| (b) \| (c) \| (d) |
| 1991<br>May 17 | 96<br><br>97 | **EP:** Motion for Change of Plea - Defendant present with counsel Colin Lau. Defendant sworn. Defendant questioned and waives reading of the Indictment. "MEMORANDUM OF PLEA AGREEMENT" filed and acceptance deferred until after review of the presentence report. Ms. Nakakuni recited the essential terms of the plea agreement. Advised of constitutional rights, trial by jury, etc. Ms. Nakakuni recited the essential elements of the charges. Guilty pleas entered to Counts 1, 2, 3, 4, 5, 6. Defendant found fully competent and court accepts guilty plea and adjudges defendant guilty as charged. Defendant referred for presentence investigation and report and sentencing set for Monday, August 26, 1991 at 1:30 p.m. before the Honorable David Alan Ezra. Bond conditinos amended as follows: Defendant may travel to other states on the West Coast and must have prior approval of the U.S. Probation Office before he travels.   (YI) **EZRA** | |
| | 98 | ORDER Setting Conditions of Release - $50,000.00 Signature Travel: Western District of Washington. May travel to the West Coast with application to USPO of the W.D. of WA. and to New Hampshire to visit daughter. Check in with Probation office a minimum of 2 times a week or more often is deemed appropriate. Pretrial Services. Surrender passport. Remain on medication. Drug testing 3 times a month minimum. Not take illegal substance & not consume alcohol. **EZRA** | |
| | 99 | Appearance Bond -<br>11501 Stone Ave. N.<br>Seattle, WA 98177<br>Ph. (206) 361-9018                         **EZRA** | |
| Jul 29 | 100 | Government's Sentencing Statement; Certificate of Service | |
| Aug 09 | 101 | Sentencing Statement of Defendant Elwood R. Latta; Certificate of Service | |
| 20 | 102 | Supplemental Sentencing Statement of Defendant; Exhibit "1" Certificate of Service | |
| 26 | 103 | **EP:** SENTENCING Nakamura & C. Lau. Memorandum of Plea Agreement accepted. Allocution by deft. Adj: As to each of CTS 1,2,3,4,5 and 6 - 15 months impr w/ sup rel of 3 yrs upon the following special conds:<br>1. Deft not associate w/ anyone who is in possession of any narcotic controlled substance<br>2. Deft undergo psychological or psychiatric treatment until clinically discharged & as directed by the USPO<br>3. Deft not engage in consumption of alcohol to the extent of intoxication.<br>Sentences of impr & sup rel to run concurrently w/ each other. Spec Assess - $300.00. Adv of right to appeal.<br>                    (Lisa Groulx) **EZRA** | |
| 28 | 104 | JUDGMENT In A Criminal Case                **EZRA**<br>On Remand From 9CCA | |

- see next page -

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

Case 1:88-cr-01650-DAE   Document 1   Filed 11/23/88   Page 13 of 13   PageID #: 13

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs
AO 256A

LATTA, ELWOOD R.

page 12
CR 88-01650 DAE 01
Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| **1991** | | | | | | |
| Sep 03 | | Transcript of Proceedings - Orig. - pp. 36 - 08-26-91 - Lisa Groulx | | | | |
| 19 | 105 | Presentence Report filed under seal and returned to USPO | | | | |
| | 106 | SENTENCING Recommendation filed under seal and returned to USPO | | | | |
| Oct 28 | 107 | Transfer of Jurisdiction - Prob 22 - purs to 18:3605 jurisdiction transferred to W.D. Washington with the following certified documents: Superseding Indictment, J&C and Docket Sheet | | | | |
| Nov 7 | | Return on Letter of Transmittal purs to rule 22 to W.D. of Washington received on 11-01-91  MS91-223 | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days